```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANDREA CONSTAND,                  :
                                  :    CIVIL ACTION
         Plaintiff,               :    NO. 15-5799
                                  :
    v.                            :
                                  :
BRUCE CASTOR,                     :
                                  :
         Defendant.               :
```

# O R D E R

**AND NOW**, this **3rd** day of **October, 2016,** for the reasons provided in the accompanying memorandum, the following is hereby **ORDERED**:

(1) Movant William H. Cosby, Jr.'s Motion for Clarification or in the Alternative for Leave to Intervene (ECF No. 43) is **DENIED**. Judge Ferman's deposition shall proceed at a date, time, and location agreeable to Judge Ferman and the parties.

(2) Cosby's Motion to Intervene (ECF No. 54) is **GRANTED** in part. Andrea Constand's deposition shall take place at a date, time, and location agreeable to the parties, under the procedure set forth in the Court's memorandum.

(3) Movant Risa Vetri Ferman's Motion to Intervene (ECF No. 46) is **DENIED** without prejudice.

(4) Defendant Bruce Castor's First Motion for More Definite Statement (ECF No. 52) is **DENIED** as moot.

(5) Movant Kevin Steele's Motion to Strike Defendant's Motion (ECF No. 62) is **DENIED** as moot.

(6) Cosby's Motion for Leave to File Reply Brief (ECF No. 64) and Motion for Leave to File Supplemental Memorandum (ECF No. 70) are **GRANTED.**

**AND IT IS SO ORDERED.**

                                                /s/ Eduardo C. Robreno
                                                **EDUARDO C. ROBRENO,   J.**